*Marjorie R. Gruszkiewicz*, in support of the petition.

*Roger J. Frechette*, in opposition.

Decided February 26, 2002

RICHARD OPOTZNER ET AL. *v.* WAYNE BASS ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 63 Conn. App. 555 (AC 19563), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Howard A. Jacobs*, *William F. Dow III* and *Alinor C. Sterling*, in support of the petition.

*Allan B. Taylor* and *Paul D. Williams*, in opposition.

Decided March 6, 2002

MICHAEL J. YORGENSEN ET AL. *v.* BROPHY AHERN DEVELOPMENT COMPANY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 66 Conn. App. 833 (AC 21355), is denied.

*Patrick L. Kennedy*, in support of the petition.

Decided March 6, 2002

CHARLES FERRATO ET AL. *v.* WEBSTER BANK

The plaintiffs' petition for certification for appeal from the Appellate Court, 67 Conn. App. 588 (AC 20913), is denied.

*Stephen G. Silverberg*, in support of the petition.